JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. ACV 10-1183 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| ISHMAL WAITES, AKA ISHNAL D. WAITES, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, ISHMAL WAITES, AKA ISHNAL D. WAITES, in the total amount of $14,690.15.

Dated: 3/8/2010

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk

1